**Appeal Dismissed and Memorandum Opinion filed October 19, 2021.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-21-00296-CR**

---

**JERRY HICKS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Criminal Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 2195218**

---

## MEMORANDUM OPINION

Appellant was convicted of making a false report to a police officer and sentenced to 30 days incarceration on April 19, 2021. No timely motion for new trial was filed. Therefore, appellant's notice of appeal was due by May 19, 2021. *See* Tex. R. App. P. 26.2(a)(1).

A court of appeals may grant an extension of time for filing a notice of appeal if, within 15 days after the deadline for filing the notice of appeal, the party files

(a) the notice of appeal in the trial court, and (b) a motion for extension of time in the court of appeals. *See* Tex. R. App. P. 26.3; *see also* Tex. R. App. P. 10.5(b)(2) (governing motion for extension of time to file notice of appeal). The fifteenth day after May 19, 2021, was June 3, 2021.

Appellant filed his notice of appeal on May 21, 2021, a date within 15 days of the due date. Appellant, however, did not file a motion for extension of time to file the notice of appeal.

A notice of appeal that complies with the requirements of Texas Rule of Appellate Procedure 26 is essential to vest the court of appeals with jurisdiction. *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). When a notice of appeal, but no motion for extension of time, is filed within the 15-day period, the court of appeals can take no action other than to dismiss the appeal for lack of jurisdiction.

On August 6, 2021, the parties were notified that the appeal would be dismissed for lack of jurisdiction unless a party demonstrated that the court has jurisdiction. No response has been received.

Accordingly, the appeal is dismissed for lack of jurisdiction.


PER CURIAM


Panel consists of Justices Wise, Bourliot, and Zimmerer.
Do Not Publish — Tex. R. App. P. 47.2(b).